IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: | IN PROCEEDINGS FOR A REORGANIZATION UNDER CHAPTER 11 |
| Three Friends of Camden, Inc. | |
| Debtor. | CASE NUMBER: 11-05664-hb |

APPLICATION FOR CONDITIONAL APPROVAL
OF DISCLOSURE STATEMENT

Pursuant to 11 U.S.C. § 1125 (f) (3), the Debtor applies for conditional approval of the Disclosure Statement filed with this Court on April 20, 2012, and requests that the hearing on the Disclosure Statement be combined with the hearing on confirmation of the plan. In support of this application, the Debtor will show:

1) The Debtor filed a petition for relief under Chapter 11 on September 12, 2011.

2) The Debtor is a small business debtor, and has filed a statement of election on the for this case to be treated as a small business case.

3) No creditors committee has been appointed.

Wherefore, the Debtor requests that the Court conditionally approve the Disclosure Statement, and that the hearing on approval of the Disclosure Statement be combined with the hearing on confirmation of the plan.

April 21, 2012                    S/ Reid B. Smith
                                                                                           REID B. SMITH
                                                                                           Attorney for The Debtor-in-Possession
                                                                                           District Court ID No. 4200
                                                                                           1712 St. Julian Place, Suite 102
                                                                                           Columbia, SC 29204
                                                                                           (803) 779-2255
                                                                                           reid@pricebirdsmithpa.com